1042

No. 73–5368. LOCKLEAR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–5369. BITTORIE, ADMINISTRATRIX v. POTOMAC EDISON CO. C. A. 4th Cir. Certiorari denied.

No. 73–5371. NIEMSZYK v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 73–5385. KACZYNSKI v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 73–5386. WOODELL v. PLOWFIELD, SHERIFF. C. A. 3d Cir. Certiorari denied.

No. 73–5387. FLETCHER v. SHULTZ, SHERIFF, ET AL. C. A. 4th Cir. Certiorari denied.

No. 73–5389. COLE v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 73–5401. SMALL v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 73–5408. DOCKERY ET AL. v. BOYLE. C. A. 7th Cir. Certiorari denied.

No. 73–5410. JACKSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 73–5418. SCHRADER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–5421. LEWIS v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 73–5425. HUMPHREY v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.